UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AGYEI JUMAANE MCDANIEL,

    Petitioner,

v.

RONALD HAYNES,

    Respondent.

CASE NO. 3:18-cv-05023-RBL-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)    The Court adopts the Report and Recommendation.

(2)    The Court denies petitioner's petition for a writ of habeas corpus with prejudice.

(3)    The petitioner's request for a Certificate of Appealability is **GRANTED**.

**DATED** this 2nd day of October, 2018.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1